ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
WENDY L. WEISS
Assistant United States Attorney
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
SHANA T. MINTZ
Assistant United States Attorney
California Bar Number: 175147
    Federal Building, Room 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4756
    Facsimile: (213) 894-2380
    shana.mintz@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. [UNDER SEAL], <br><br>　　　　　Plaintiffs, <br><br>　　　　　v. <br><br>[UNDER SEAL], <br><br>　　　　　Defendant. | Case No. CV 10-8169 CBM (JCGx) <br><br> **UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE UNSEALING** <br><br> [FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) & (3)] <br><br> [[PROPOSED] ORDER LODGED UNDER SEAL CONCURRENTLY HEREWITH] |

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
WENDY L. WEISS
Assistant United States Attorney
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
SHANA T. MINTZ
Assistant United States Attorney
California Bar Number: 175147
    Federal Building, Room 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4756
    Facsimile: (213) 894-2380
    shana.mintz@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MICHAEL RUHE and VICENTE CATALA,<br><br>    Plaintiffs,<br><br>    v.<br><br>MASIMO CORPORATION,<br><br>    Defendant. | Case No. CV 10-8169 CBM (JCGx)<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE UNSEALING**<br><br>[FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) & (3)]<br><br>[[PROPOSED] ORDER LODGED UNDER SEAL CONCURRENTLY HEREWITH] |

1

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") hereby notifies the Court of its decision not to intervene in the above-captioned action ("this action"). The United States reserves its right to intervene in this action for good cause at a later date. 31 U.S.C. § 3730(c)(3).

Although the United States declines to intervene at this time, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States, provided that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

The United States also has the right to a hearing on objections to any settlement or dismissal of the action. See United States ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); United States ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 724-25 (9th Cir. 1994).

Therefore, the United States requests that, should the relator and/or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard, before the Court rules or grants its approval.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States also requests that the parties serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, through its undersigned counsel. The United States also requests that orders issued by the Court be sent to the

1 | undersigned counsel for the United States.  The United States
2 | reserves its right to order any deposition transcripts.
3 |      Finally, the United States requests that, of the papers
4 | filed or lodged to date with the Court in this action, only the
5 | Complaints, this Notice, and the Court's Order unsealing the
6 | action be unsealed and served upon the defendants.  All other
7 | contents of the Court's file in this action filed or lodged to
8 | date should remain under seal and not be made public or served
9 | upon the defendants.
10 |      A proposed order accompanies this notice.
11 |
12 |                               Respectfully submitted,
13 | DATED: October 31, 2011       ANDRÉ BIROTTE JR.
                                    United States Attorney
14 |                               LEON W. WEIDMAN
                                    Assistant United States Attorney
15 |                               Chief, Civil Division
                                    WENDY L. WEISS
16 |                               Assistant United States Attorney
                                    Chief, Civil Fraud Section
17 |                               SUSAN R. HERSHMAN
                                    Assistant United States Attorney
18 |                               Deputy Chief, Civil Fraud Section
19 |
20 |                               _____
                                    SHANA T. MINTZ
21 |                               Assistant United States Attorney
                                    Attorneys for the
22 |                               United States of America

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On November 1, 2011, I served UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE UNSEALING on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 1, 2011. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

Mark E. Burton
Hersh & Hersh
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 1, 2011 at Los Angeles, California.

ZENAIDA A. ROSACIA