ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
THOMAS P. O'BRIEN (SB# 166369)
thomasobrien@paulhastings.com
RYAN D. DERRY (SB# 244337)
ryanderry@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

JOSEPH R. RE (SB# 134479)
jre@kmob.com
STEPHEN C. JENSEN (SB# 149894)
sjensen@kmob.com
JOSEPH CIANFRANI (SB#196186)
jcianfrani@kmob.com
PAYSON LEMEILLEUR (SB# 205690)
plemeilleur@kmob.com
KNOBBE, MARTENS, OLSON &
BEAR, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant
MASIMO CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. MICHAEL RUHE, KRISTINE SERWITZ and VICENTE CATALA, and MICHAEL RUHE, individually, and VICENTE CATALA, individually, and KRISTINE SERWITZ, individually,<br><br>  Plaintiffs,<br><br>  v.<br><br>MASIMO CORPORATION, and DOES 1 through 98,<br><br>  Defendant. | Civil Action No.<br>SACV 10-8169 CJC (VBKx)<br><br>**DEFENDANT MASIMO CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    September 16, 2013<br>Time:    1:30 p.m.<br>Place:   Courtroom 9B<br><br>Honorable Cormac J. Carney |

1    **PLEASE TAKE NOTICE** that on September 16, 2013, at 1:30 p.m. in
2    Courtroom 9B, before the Honorable Cormac J. Carney, or as soon as possible
3    thereafter as counsel may be heard by the above-entitled Court, located at
4    United States District Court for the Central District of California, 411 West
5    Fourth Street, Santa Ana, California, Defendant Masimo Corporation
6    ("Masimo") will and hereby does move this Court, pursuant to Rule 56 of the
7    Federal Rules of Civil Procedure, for summary judgment on all of Plaintiffs'
8    claims in this action.

9    This Motion is made following the conference of counsel pursuant to
10   Local Rule 7-3, which took place on August 5, 2013. *See* Redacted Declaration
11   of Ryan D. Derry, filed concurrently herewith, at ¶ 2.

12   This Motion is made on the grounds that there is no genuine issue as to
13   any material fact and that Masimo is entitled to summary judgment as a matter
14   of law for all of the reasons stated in the accompanying Memorandum of Points
15   and Authorities, including:

- Masimo did not make any false statements about any of its devices, including the accuracy thereof, to either the FDA or its customers.

- Relators can offer no admissible evidence raising a genuine issue of material fact from which a reasonable jury could find that Masimo knowingly presented, or caused to be presented, to the United States Government, false or fraudulent claims for payment or approval knowing that such claims were false or fraudulent at the time they were submitted, or that Masimo was deliberately ignorant, or acted in reckless disregard, of the fact that any alleged claims were false.

- Relators can offer no admissible evidence that any alleged false statement by Masimo was material to the decision of the United States Government to pay or approve any alleged false claim.

| | |
|---|---|
| 1 | This Motion is and will be based upon this Notice of Motion and Motion; |
| 2 | the Memorandum of Points and Authorities in Support Thereof; the Unredacted |
| 3 | Declaration of Yongsam Lee In Support of Defendant Masimo Corporation's |
| 4 | Motion for Summary Judgment; the Redacted Declaration of Yongsam Lee In |
| 5 | Support of Defendant Masimo Corporation's Motion for Summary Judgment |
| 6 | (lodged provisionally under seal); the Unredacted Declaration of Anand |
| 7 | Sampath In Support of Defendant Masimo Corporation's Motion for Summary |
| 8 | Judgment; the Redacted Declaration of Anand Sampath In Support of Defendant |
| 9 | Masimo Corporation's Motion for Summary Judgment (lodged provisionally |
| 10 | under seal); the Unredacted Declaration of Marcelo Lamego In Support of |
| 11 | Defendant Masimo Corporation's Motion for Summary Judgment; the Redacted |
| 12 | Declaration of Marcelo Lamego In Support of Defendant Masimo Corporation's |
| 13 | Motion for Summary Judgment (lodged provisionally under seal); the |
| 14 | Unredacted Declaration of Massi Joe Kiani In Support of Defendant Masimo |
| 15 | Corporation's Motion for Summary Judgment; the Redacted Declaration of |
| 16 | Massi Joe Kiani In Support of Defendant Masimo Corporation's Motion for |
| 17 | Summary Judgment (lodged provisionally under seal); the Unredacted |
| 18 | Declaration of Ryan D. Derry In Support of Defendant Masimo Corporation's |
| 19 | Motion for Summary Judgment; the Redacted Declaration of Ryan D. Derry In |
| 20 | Support of Defendant Masimo Corporation's Motion for Summary Judgment |
| 21 | (lodged provisionally under seal); the Unredacted Declaration of Ann Graham |
| 22 | In Support of Defendant Masimo Corporation's Motion for Summary Judgment; |
| 23 | the Redacted Declaration of Ann Graham In Support of Defendant Masimo |
| 24 | Corporation's Motion for Summary Judgment (lodged provisionally under seal); |
| 25 | the Unredacted Declaration of Peter Barton Hutt In Support of Defendant |
| 26 | Masimo Corporation's Motion for Summary Judgment; the Redacted |
| 27 | Declaration of Peter Barton Hutt In Support of Defendant Masimo |
| 28 | Corporation's Motion for Summary Judgment (lodged provisionally under seal); |

| | |
|---|---|
| 1 | the Unredacted Declaration of James Nichols, Ph.D, DABC, FACB, In Support |
| 2 | of Defendant Masimo Corporation's Motion for Summary Judgment; the |
| 3 | Redacted Declaration of James Nichols, Ph.D, DABC, FACB, In Support of |
| 4 | Defendant Masimo Corporation's Motion for Summary Judgment (lodged |
| 5 | provisionally under seal); the Declaration of David Goodman In Support of |
| 6 | Defendant Masimo Corporation's Motion for Summary Judgment; the |
| 7 | Declaration of Aryeh Shander, M.D., FCCM, FCCP, In Support of Defendant |
| 8 | Masimo Corporation's Motion for Summary Judgment; the Declaration of Jade |
| 9 | H. Leung Regarding Lost/Stalled Opportunity Reports and Customer Feedback |
| 10 | Forms (lodged provisionally under seal); the [Proposed] Statement of |
| 11 | Uncontroverted Facts and Conclusions of Law; the [Proposed] Judgment; and |
| 12 | all pleadings and papers on file in this action, and such other information and |
| 13 | materials as may be presented to the Court at or before the time of the hearing |
| 14 | on this Motion. |

Respectfully submitted,

PAUL HASTINGS LLP

Dated: August 19, 2013          By: /s/ Elena R. Baca
                                         ELENA R. BACA

Attorneys for Defendant
MASIMO CORPORATION