SCOTT BONAGOFSKY (SBN 190255)
scott@bw-lawyers.com
Attorney at Law
111 Deerwood Road, Suite 200
San Ramon, CA 94583
Telephone: (925) 831-4835
Facsimile: (866) 568-3517

ROBERT K. JENNER, ESQ. (Pro Hac Vice)
Rjenner@myadvocates.com
BRIAN KETTERER, ESQ. (Pro Hac Vice)
Bketterer@myadvocates.com
KENNETH M. SUGGS, ESQ. (Pro Hac Vice)
Ksuggs@myadvocates.com
**JANET, JENNER & SUGGS, LLC**
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
Telephone: (410) 653-3200
Facsimile: (410) 653-6903

Attorneys for Plaintiff-Relators MICHAEL RUHE, VICENTE CATALA, and KRISTINE SERWITZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, ex rel. MICHAEL RUHE, KRISTINE SERWITZ, and VICENTE CATALA,<br><br>Plaintiffs,<br><br>vs.<br><br>MASIMO CORPORATION, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: CV 10-08169-CJC(VBKx)<br><br>**PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO FILE REPLY**<br><br>**Hearing Date: N/A**<br>**Time: N/A**<br>**Judge: Hon. Cormac J. Carney** |

1

Plaintiff-Relators move, pursuant to Fed. R. Civ. P. 6(b)(1)(A), L.R. 7-19, and the inherent powers of the Court, for an extension of time by 7 days to respond to Defendant's Motion for Summary Judgment ("Motion") (Doc. No. 117), currently scheduled for hearing on September 16, 2013, and to extend the deadline of Defendant Masimo's reply brief by 7 days, and in support state as follows:

1. Plaintiffs seek relief on an ex-parte basis because they have just 5 days remaining to respond to the dispositive Motion Defendant filed this past Monday, August 19, the last possible day to file this motion given the Court's September 20 motion deadline. Plaintiffs' response is due on August 26, and they seek an order from the Court prior to that date, by this Friday, August 23, extending the time for their response by 7 days, to September 2, 2013, so that the opposition is due immediately after the August 30, 2013 deadline to disclose rebuttal expert witnesses.

2. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), "the court may, for good cause, extend the time . . . with or with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Good cause exists in this case for three reasons set forth below.

3. First, this 7 day extension will not impact the hearing date, the trial date, or any other date contained in the Court's Scheduling Orders (Doc. Nos. 52-53). If Plaintiffs' relief is granted, Defendant will still get 7 days to file its Reply and the Court may still hear Defendant's Motion on September 16 as currently scheduled.

4. Second, Plaintiffs' opposition is due on August 26; however, Plaintiffs' rebuttal reports are not due until August 30. Plaintiffs can and will rely on those reports in support of their opposition to Defendant's Motion, which is supported by its own expert testimony. *See, e.g., Dally Properties, LLC v. Truck Ins. Exch.*, C05-0254L, 2006 WL 1041932 (W.D. Wash. Apr. 5, 2006) (denying defendant's motion for summary judgment where plaintiffs' rebuttal expert created

2

**PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

an dispute of fact.) Therefore, it would be most efficient for the Court and the parties for Plaintiffs' opposition to follow completion of their rebuttal reports, which are currently in progress. Otherwise, subsequent to filing their opposition Plaintiffs will have new affidavits and reports supporting that opposition and will need to supplement their briefing, necessitating additional filings and raising more issues for the Court's consideration. Thus, extending the time for Plaintiffs' opposition until September 2, the next business day after their reports are due, would streamline resolution of Defendant's Motion.

5. Third, due to Defendant filing its Motion on the last possible day, in conjunction with the Local Rules scheduling requirements and this Court's Scheduling Order, Plaintiffs' are permitted only 5 business days, 7 days total, to respond to this dispositive motion. In *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253 (9th Cir. 2010), the district court refused an extension for the plaintiff to respond to a motion for summary judgment under the exact same scheduling circumstances presented here and the Ninth Circuit reversed the ruling, noting that "[t]his abbreviated timeline is unusual; every other district in this circuit guarantees nonmovants at least fourteen days to file an opposition to a motion." *Ahanchian* 624 F.3d at 1259.

6. Similarly, in *Ananchian*, the summary judgment "motions were accompanied by roughly 1,000 pages of supporting exhibits and declarations." *Ahanchian* 624 F.3d at 1256. Here, Defendant's Motion, Memorandum of Law, and accompanying exhibits (Doc. Nos. 117-130) arrived at Plaintiffs' office mid-day in two large banker's boxes and total several thousand pages of expert reports, declarations, and exhibits all keyed to Defendant's factual contentions and points and authorities supporting its Motion. This was in addition to Defendant's nine (9) Applications to file a significant number of those declarations under seal (Doc. Nos. 108-116). Justice requires that Plaintiffs be given an adequate opportunity to review Defendant's multi-thousand page filing and formulate an opposition. That

3

**PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

will be extremely difficult to do in 7 days by August 26, 2013, particularly with a rebuttal expert deadline pending four days later.

7. The above authorities support a finding by the Court that good cause exists to grant Plaintiffs' request for a 7 day extension to respond to Defendant's Motion for Summary Judgment. Plaintiff has requested that Defendant's counsel agree to this extension but has not yet received a final response. As Defendant's counsel has not agreed to the 7 day extension suggested by Plaintiffs' counsel, Plaintiffs propose the following briefing schedule:

      a. Plaintiffs' Opposition be due:   September 2, 2013
      b. Defendant's Reply be due:   September 9, 2013

In the event that Defendant agrees to this extension, the parties will notify the Court.

Dated: August 21, 2013                    Respectfully submitted,

                                          */s/ Scott Bonagofsky*
                                          SCOTT BONAGOFSKY

4

**PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

## L.R. 7-19 Statement

Defendant was advised and put on notice of the instant Application on August 21, 2013 via a telepone at 3:05 p.m.  During that call, Plaintiffs' counsel stated they intended to file this Application today, August 21, 2013.  (Dec. of Scott Bonagofsky at ¶1.)  Defense counsel asked to confer with his co-counsel and subsequently e-mailed Plaintiffs' counsel at approximately 5:30 p.m. requesting a follow-up call.  (*Id*. at ¶2.)  Plaintiffs counsel called Defense counsel shortly before 7:00 p.m. but the call was not answered.  (*Id*. at ¶3.)  Defense counsel has not returned that voice message as of the time this Application was filed.  (*Id*.)  To prevent any delays in filing this ex-parte Application given that Plaintiffs request the Court grant relief in 2 days, Plaintiffs now file this Application.

The names and contact information of Defendant's counsel follow my signature below.  I, Scott Bonagofsky, hereby state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 21, 2013                      SCOTT BONAGOFSKY

  */s/ Scott Bonagofsky*
SCOTT BONAGOFSKY

| ELENA R. BACA (SB# 160564) | MARK T. PALIN (SB# 135398) |
| --- | --- |
| Paul Hastings LLP | Atkinson, Andelson, Loya, Ruud & Romo PLC |
| 515 South Flower Street | |
| Twenty-Fifth Floor | 12800 Center Court Drive, Ste. 3 |
| Los Angeles, CA 90071-2228 | Cerritos, CA 90703 |
| Telephone: (213) 683-6000 | Telephone: (562) 653-3200 |
| Facsimile: (213) 627-0705 | Facsimile: (562) 653-3333 |
| elenabaca@paulhastings.com | mpalin@aalrr.com |

5

**PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# PROOF OF SERVICE

I hereby certify that on **August 21, 2013**, I served the below individuals by electronically filing this **PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF Users and interested parties in this action:

ELENA R. BACA (SB# 160564)
Paul Hastings LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

MARK T. PALIN (SB# 135398)
Atkinson, Andelson, Loya, Ruud & Romo PLC
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3200
Facsimile: (562) 653-3333

PAYSON J. LEMEILLEUR (SB# 205690)
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, California 92614
Tel: (949) 760-0404
Fax: (949) 760-9502

*Attorneys for Defendant*
*Masimo Corporation*

SHANA MINTZ (SB# 175147)
Assistant United States Attorney
United States Department of Justice
Office of the US Attorney
Federal Bldg Room 7516
300 N Los Angeles St
Los Angeles, CA 90012
Telephone: (213) 894-4756

*Attorney for Plaintiff*
*The United States*

   /s/ Scott Bonagofsky
SCOTT BONAGOFSKY

**PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**