SCOTT BONAGOFSKY (SBN 190255)
scott@bw-lawyers.com
Attorney at Law
111 Deerwood Road, Suite 200
San Ramon, CA 94583
Telephone: (925) 831-4835
Facsimile: (866) 568-3517

ROBERT K. JENNER, ESQ. (Pro Hac Vice)
Rjenner@myadvocates.com
BRIAN KETTERER, ESQ. (Pro Hac Vice)
Bketterer@myadvocates.com
KENNETH M. SUGGS, ESQ. (Pro Hac Vice)
Ksuggs@myadvocates.com
**JANET, JENNER & SUGGS, LLC**
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
Telephone: (410) 653-3200
Facsimile: (410) 653-6903

Attorneys for Plaintiff-Relators MICHAEL RUHE, VICENTE CATALA, and KRISTINE SERWITZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, ex rel. MICHAEL RUHE, KRISTINE SERWITZ, and VICENTE CATALA,<br><br>Plaintiffs,<br><br>vs.<br><br>MASIMO CORPORATION, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: CV 10-08169-CJC(VBKx)<br><br>**DECLARATION OF SCOTT BONAGOFSKY IN SUPPORT OF PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1

DECLARATION OF SCOTT BONAGOFSKY

## **DECLARATION OF SCOTT BONAGOFSKY**

I, Scott Bonagofsky, declare:

1. On August 21, 2013, at 3:05 p.m., my co-counsel, Reza Davani, at my direction telephoned Defense counsel Mark Palin and stated he was calling to comply with the Local Rule's notice requirements (L.R. 7-19) and to place Defendant on notice that Plaintiffs will be filing PLAINTIFF-RELATORS' APPLICATION FOR EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ("Application") that same day.

2. On August 21, 2013, at approximately 5:30 p.m. that same day, Defense counsel e-mailed Mr. Davani and me and requested a telephone call to Mr. Palin's co-counsel, Joseph Re, Esq., to discuss the Application.

3. On August 21, 2013, shortly before 7:00 p.m., I called Mr. Re in response to that e-mail. That call was not answered. I left a voice message requesting a return call. As of the time the Application was filed, Defense counsel has not returned my telephone call. I will update the Court in the event that Defendant's counsel agrees to the relief requested in this application.

*   *   *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 21, 2013                              */s/ Scott Bonagofsky*
                                                                    SCOTT BONAGOFSKY