1   SCOTT BONAGOFSKY (SBN 190255)
2   scott@bw-lawyers.com
3   Attorney at Law
    111 Deerwood Road, Suite 200
4   San Ramon, CA 94583
5   Telephone: (925) 831-4835
    Facsimile: (866) 568-3517
6
7   ROBERT K. JENNER, ESQ. (Pro Hac Vice)
    Rjenner@myadvocates.com
8   BRIAN KETTERER, ESQ. (Pro Hac Vice)
9   Bketterer@myadvocates.com
    KENNETH M. SUGGS, ESQ. (Pro Hac Vice)
10  Ksuggs@myadvocates.com
11  **JANET, JENNER & SUGGS, LLC**
    1777 Reisterstown Road, Suite 165
12  Baltimore, Maryland 21208
13  Telephone: (410) 653-3200
    Facsimile: (410) 653-6903
14
15
    Attorneys for Plaintiff-Relators MICHAEL RUHE,
16  VICENTE CATALA, and KRISTINE SERWITZ

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19                    **SOUTHERN DIVISION**

20

21  UNITED STATES, ex rel. MICHAEL      Case No.:  CV 10-08169-CJC(VBKx)
    RUHE, KRISTINE SERWITZ, and
22  VICENTE CATALA,                     **PLAINTIFF-RELATORS'**
                                        **APPLICATION FOR EX PARTE**
23          Plaintiffs,                 **ORDER EXTENDING TIME BY 7**
                                        **DAYS TO RESPOND TO**
24      vs.                             **DEFENDANT'S MOTION FOR**
                                        **SUMMARY JUDGMENT**
25  MASIMO CORPORATION, and DOES
26  1 to 100, inclusive,

27          Defendants.

28

                                      1
                              PROPOSED ORDER

1

## **PROPOSED ORDER**

2

3    Upon consideration of **PLAINTIFF-RELATORS' APPLICATION FOR**

4  **EX PARTE ORDER EXTENDING TIME BY 7 DAYS TO RESPOND TO**

5  **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, Defendant's

6  Response in Opposition, if any, and any Reply thereto, it is hereby ORDERED

7  that:

8    **1.**    The time for Plaintiff-Relators' to file their Opposition to Defendant's

9  Motion for Summary Judgment (Doc. No. 117) is extended to September 2, 2013,

10  and;

11    **2.**    The time for Defendant to file its Reply to said Opposition is extended

12  to September 9, 2013.

13

14

15                                          _____

16                                          Honorable Cormac J. Carney

17

18

19

20

21

22

23

24

25

26

27

28