# TAB A

# MASIMO CORPORATION'S BILL OF COSTS

## LOCAL RULE 54-3.2 – FEES FOR SERVICE OF PROCESS

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/24/2013 | ATKIN.88667 | A & M Attorney Service – Subpoena for Bio-Reference Laboratories, Inc. | $ 150.00 |
| | | | |
| | | TOTAL | $ 150.00 |

# A & M ATTORNEY SERVICE, INC.

Monday June 24, 2013　　　　　*INVOICE*　　　　　ATKIN.88667

P.O. BOX 7881
LONG BEACH,, CA 90807
Telephone: 562 426-8306

Attention: CYNTHIA
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
12800 CENTER COURT DR.
SUITE 300
CERRITOS CA 90703

Attorney File #: 9506 25
　　Court: UNITED STATES DISTRICT COURT MASSACHUSETTS
　　Title: UNITED STATES, EX REL. MICHAEL RUHE vs. MASIMO CORPORATION
Documents: SUBPENA; TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 06/20/13 01:30PM | Personal Service BIO-REFERENCE LABORATORIES, INC., AT Business 481B EDWARD H. ROSS DR. ELMWOOD PARK NJ 07407, by serving: DONNA AGO - AUTHORIZED, Served By: ROBERT STALB | |
| 06/24/13 | PROCESS SERVICE | 150.00 |
| | PLEASE PAY FROM THIS INVOICE | 150.00 |

\*1114782\*

3　　　　　TAB A