TAB B

# MASIMO CORPORATION'S BILL OF COSTS

## LOCAL RULE 54-3.4 – REPORTER'S TRANSCRIPTS

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/8/2013 | 1605 | Transcript from the Summary Judgment Hearing on September 30, 2013 | $ 234.60 |
| | | | |
| | | TOTAL | $ 234.60 |

| | AO44 |
|---|---|
| | (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT

INVOICE NO: 00001605

**MAKE CHECKS PAYABLE TO:**

JOSEPH RE, ESQ.  
KNOBBE MARTENS OLSON & BEAR  
2040 MAIN ST. 14TH FLOOR  
IRVINE, CA 92614  

Phone: (949) 721-7643

MARIA BEESLEY  
United States Court Reporter  
411 W. 4th Street, #1-053  
Santa Ana, CA 92701  

Phone: (714) 564-9259  

Tax ID: 27-2575038  
amaria1957@yahoo.com

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 10-08-2013   DATE DELIVERED: 10-09-2013

**Case Style:** SACV 10-8169-CJC, USA ET AL v MASIMO CORP.  
HEARING SEPT. 30, 2013

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 4.38 | | | 0.90 | | | 0.60 | | |
| 14-Day | 46 | 5.10 | 234.60 | | 0.90 | | | 0.60 | | 234.60 |
| Expedited | | 5.82 | | | 0.90 | | | 0.60 | | |
| Daily | | 7.26 | | | 1.20 | | | 0.90 | | |
| Hourly | | 8.70 | | | 1.20 | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                MISC. CHARGES:

|   |   |
|---|---|
| TOTAL: | 234.60 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $234.60 |

**ADDITIONAL INFORMATION**  
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**  
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: */S/MARIA BEESLEY-DELLANEVE*   DATE: 10-08-2013

*(All previous editions of this form are cancelled and should be destroyed)*