TAB C

# MASIMO CORPORATION'S BILL OF COSTS

## LOCAL RULE 54-3.5 – DEPOSITIONS

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/9/2013 | 37316 | Karyn Abbott & Associates - Deposition Transcript for Jansen | $ 2,245.40 |
| 7/14/2013 | 20863783 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Catala | $ 983.40 |
| 7/15/2013 | 20865057 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Catala | $ 6.00 |
| 7/16/2013 | 20865863 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Serwitz | $ 346.00 |
| 7/16/2013 | 20867880 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Serwitz | $ 93.00 |
| 7/17/2013 | 20869955 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Serwitz | $ 82.20 |
| 7/17/2013 | 20867881 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Serwitz | $ .40 |
| 7/22/2013 | 37383 | Jilio-Ryan - Deposition Transcript for Catala | $ 2,934.90 |
| 7/23/2013 | OC1805496 | Veritext Legal Solutions - Deposition Transcript for Serwitz | $ 2,474.70 |
| 7/23/2013 | 37441 | Jilio-Ryan - Deposition Transcript for Ruhe | $ 2,691.50 |
| 7/29/2013 | 384339 | U.S. Legal Support - Deposition Transcript for Rosenbaum | $ 1,168.50 |
| 7/31/2013 | 36310 | Karyn Abbott & Associates - Deposition Transcript for Marston | $ 2,635.40 |
| 8/5/2013 | 36390 | Karyn Abbott & Associates - Deposition Transcript for Kiani | $ 1,951.20 |
| 9/16/2013 | 20946377 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Allard | $ 18.00 |
| 9/17/2013 | 20946530 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Allard | $ 143.40 |
| 9/17/2013 | 20946531 | In-House (Color) Photocopy Charges for Paul Hastings LLP for Deposition of Allard | $ 157.50 |
| 9/18/2013 | 20948086 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Deposition of Allard | $ 83.60 |
| 9/24/2013 | 392922 | U.S. Legal Support - Deposition Transcript for Torp | $ 1,584.30 |
| 9/26/2013 | 393265 | U.S. Legal Support - Deposition Transcript for Allard | $ 1,001.78 |
| | | | |
| | | TOTAL | $ 20,601.18 |

Karyn Abbott & Associates
70 South Lake Avenue, 10th Floor
Pasadena, CA 91101
Phone:(213) 749-1234   Fax:(213) 749-0644

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37316 | 7/9/2013 | 25914 |
| Job Date | Case No. | |
| 7/2/2013 | CV1008169CJCVBKX | |
| Case Name | | |
| UNITED STATES V. MASIMO | | |
| Payment Terms | | |
| Net 30 | | |

Accounts Payable
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

One Certified Copy of the Transcript of:
  Paul Jansen                                                                                     2,245.40

                                                        TOTAL DUE  >>>           $2,245.40
                                                        AFTER 1/14/2014  PAY     $2,279.08

Ordered By  :  Mr. Edward Ho
               Atkinson, Andelson, Loya, Ruud & Romo
               12800 Center Court Drive, Suite 300
               Cerritos, CA 90703

**Tax ID:** 95-4492113                                                    Phone: 562-653-3200   Fax:

*Please detach bottom portion and return with payment.*

Accounts Payable
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

Invoice No.   : 37316
Invoice Date  : 7/9/2013
**Total Due**   : **$ 2,245.40**
AFTER 1/14/2014 PAY  $2,279.08

Job No.    : 25914
BU ID      : Abbott
Case No.   : CV1008169CJCVBKX
Case Name  : UNITED STATES V. MASIMO

Remit To: **Karyn Abbott & Associates**
          **70 South Lake Avenue, 10th Floor**
          **Pasadena, CA 91101**

| Date | Tkpr | Index | Amount | | Code | Ref | Description |
|---|---|---|---|---|---|---|---|
| 09/16/13 | JHL3 | 548194 | 90.00 | 18.00 | 218 | 20946377 | Photocopy Charges |
| 09/17/13 | FLT | 548222 | 717.00 | 143.40 | 218 | 20946530 | Photocopy Charges |
| 09/18/13 | RDD4 | 548328 | 418.00 | 83.60 | 218 | 20948086 | Photocopy Charges |
| 08/29/13 | LC3 | 546469 | 168.00 | 33.60 | 218 | 20921403 | Photocopy Charges |

```
                                    AMOUNT  INSTR DISB    INDEX
   DATE     APPROVAL     SOURCE  QUANTITY  IN: DO  CODE CODE   NO      VOUCHER   DESCRIPTION
--------  --------------  ------  --------  ------- ----- ----- --------- --------- -----------
08/29/13    LC3           546584    367.00    73.40       218   20922876            Photocopy Charges

09/29/13    JHL3          549330    428.00    85.60       218   20959367            Photocopy Charges

09/18/13    RDD4          548444    705.00   141.00       218   20949991            Photocopy Charges

09/19/13    RDD4          548444      1.00      .20       218   20949992            Photocopy Charges

08/20/13    RDD4          545505      1.00      .20       218   20909540            Photocopy Charges

08/05/13    PHJW          544584     16.00     3.20       218   20898178            Photocopy Charges

08/07/13    RDD4          544584      2.00      .40       218   20898508            Photocopy Charges

07/31/13    RDD4          543430      1.00      .20       218   20883555            Photocopy Charges

07/26/13    CMF3          542895      9.00     1.80       218   20878288            Photocopy Charges

07/25/13    CMF3          542788    241.00    48.20       218   20876491            Photocopy Charges

06/25/13    CMF3          539673     15.00     3.00       218   20841181            Photocopy Charges

07/14/13    JHL3          541511   4,917.00   983.40      218   20863783            Photocopy Charges

07/15/13    RDD4          541657     30.00     6.00       218   20865057            Photocopy Charges

06/26/13    CMF3          539817      3.00      .60       218   20843054            Photocopy Charges

06/27/13    JHL3          540078    643.00   128.60       218   20848035            Photocopy Charges

07/17/13    RDD4          541943      2.00      .40       218   20867881            Photocopy Charges

07/22/13    IA3           542397      3.00      .60       218   20872736            Photocopy Charges

07/17/13    JHL3          542081    411.00    82.20       218   20869955            Photocopy Charges

07/16/13    RDD4          541781   1,730.00   346.00      218   20865863            Photocopy Charges

07/16/13    JHL3          541943    465.00    93.00       218   20867880            Photocopy Charges

03/23/12    EKM3          490734      8.00     1.60       218   20237011            Photocopy Charges

03/23/12    EKM3          490756    286.00    57.20       218   20237276            Photocopy Charges

03/29/12    CMF3          491427    262.00    52.40       218   20246008            Photocopy Charges

03/30/12    CMF3          491601     24.00     4.80       218   20247934            Photocopy Charges

04/02/12    CMF3          492335      4.00      .80       218   20256138            Photocopy Charges

06/26/12    RDD4          501096     16.00     3.20       218   20379201            Photocopy Charges

06/25/12    RDD4          500945     95.00    19.00       218   20377855            Photocopy Charges
```

```
                                    AMOUNT    INSTR DISB   INDEX
  DATE      APPROVAL    SOURCE   QUANTITY   IN: DO   CODE CODE    NO       VOUCHER   DESCRIPTION
--------   ----------   ------   --------   ------   ---- ----   --------  -------   -----------
09/26/12     RDD4       511220    559.00    111.80         218   20514112            Photocopy Charges

10/01/12     RDD4       512380     44.00      8.80         218   20528208            Photocopy Charges

11/20/12     JNS2       517234     73.00     14.60         218   20582960            Photocopy Charges

11/26/12     KCC3       517621    485.00     97.00         218   20587138            Photocopy Charges

12/06/12     ERB        519239    222.00     44.40         218   20606526            Photocopy Charges

12/21/12     ERB        520726     16.00      3.20         218   20623613            Photocopy Charges

01/04/13     ERB        522513      2.00       .40         218   20638864            Photocopy Charges

07/18/12     ERB        503621     31.00      6.20         218   20420896            Photocopy Charges

12/12/12     ERB        519630     10.00      2.00         218   20610475            Photocopy Charges

06/24/13     NS17       539541    381.00     76.20         218   20840217            Photocopy Charges

03/29/13     JHL3       530858     19.00      3.80         218   20740832            Photocopy Charges

03/19/13     JHL3       529854      8.00      1.60         218   20728382            Photocopy Charges

03/11/13     KCC3       528960    229.00     45.80         218   20717443            Photocopy Charges

05/14/13     RDD4       535473      3.00       .60         218   20796741            Photocopy Charges

                                           2,832.00* subtotal    218


12/06/12     ERB        519239    196.00    245.00         220   20606527            Photocopy Charges (Color)

07/25/12     JHL3       504479     26.00     32.50         220   20428375            Photocopy Charges (Color)

06/27/13     JHL3       540078    326.00    407.50         220   20848036            Photocopy Charges (Color)

09/17/13     ERB        548222    126.00    157.50         220   20946531            Photocopy Charges (Color)

                                             842.50* subtotal    220
```



**JILIO-RYAN**
COURT REPORTERS

Jilio-Ryan, Hunter & Olsen, Inc.
14661 Franklin Avenue, Suite 150
Tustin, CA 92780
P: 714.424.9902  F: 714.424.9987

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37383 | 7/22/2013 | 46416 |
| Job Date | Case No. | |
| 7/15/2013 | CV 10-8169 CJC (VBKX) | |
| Case Name | | |
| United States vs. Masimo Corporation | | |
| Payment Terms | | |
| Net 60 | | |

Elena R. Baca, Esq.
Paul, Hastings, Janofsky & Walker, LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

| | |
|---|---:|
| Original & One (includes processing fee) | |
|   Vicente Catala | 1,948.00 |
|     2-Day Expedite @ 90% | 1,753.20 |
|     Exhibits | 426.50 |
|     Exhibit-Color | 3.00 |
|     Real-Time Reporting | 472.50 |
|     Rough ASCII (complimentary) | 0.00 |
|     ASCII File & Condensed Transcript (Complimentary) | 0.00 |
|     CD-Rom (Complimentary) | 0.00 |
|     Transcript Emailed (complimentary) | 0.00 |
|     Special Delivery | 84.90 |
| **TOTAL DUE >>>** | **$4,688.10** |
| AFTER 9/20/2013 PAY | $5,156.91 |

RECEIVED JUL 22 2013 PAUL, HASTINGS

**\*\*SPECIAL CLIENT - VOLUME DISCOUNT\*\***
B&W Exhibit rate reduced from $0.65/page to $0.50/page

Your patronage and confidence in us is greatly appreciated.

**Tax ID:** 27-0074784

*Please detach bottom portion and return with payment.*

Elena R. Baca, Esq.
Paul, Hastings, Janofsky & Walker, LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Invoice No.   : 37383
Invoice Date  : 7/22/2013
**Total Due**    : **$ 4,688.10**
AFTER 9/20/2013 PAY $5,156.91

Remit To: **JILIO-RYAN, HUNTER & OLSEN, INC.**
        **14661 FRANKLIN AVENUE, SUITE 150**
        **TUSTIN, CA 92780**

Job No.    : 46416
BU ID      : 1-MAIN
Case No.   : CV 10-8169 CJC (VBKX)
Case Name  : United States vs. Masimo Corporation

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** | Elena Baca, Esq.<br>Paul Hastings LLP<br>515 S. Flower St.<br>25th Floor<br>Los Angeles, CA, 90071-2228 | **Invoice #:** OC1805496<br>**Invoice Date:** 7/23/2013<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | United States, Ex Rel. Michael Ruhe, Et Al. v. Masimo Corporation |
| **Job #:** | 1702177 \| Job Date: 7/17/2013 \| Delivery: Expedited |
| **Billing Atty:** | Elena Baca, Esq. |
| **Location:** | Paul Hastings LLP |
| | 515 S. Flower Street \| Los Angeles, CA 90071 |
| **Sched Atty:** | Elena Baca, Esq. \| Atkinson Andelson Loya |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Kristine Serwitz | Original with 1 Certified Transcript | Page | 264.00 | $9.98 | $2,634.72 |
| | Exhibits | Per Page | 854.00 | $0.65 | $555.10 |
| | Realtime Services | Page | 264.00 | $1.65 | $435.60 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $52.00 | $52.00 |
| | Production & Processing | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

**Notes:** Transcript cost without expedite fees $2,474.70

| | |
|---|---|
| **Invoice Total:** | $3,751.42 |
| **Payment:** | ($3,751.42) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** OC1805496
**Job #:** 1702177
**Invoice Date:** 7/23/2013
**Balance:** $0.00

49406

13

TAB C

9506.25



# JILIO-RYAN
COURT REPORTERS

Jilio-Ryan, Hunter & Olsen, Inc.
14661 Franklin Avenue, Suite 150
Tustin, CA 92780
P: 714.424.9902  F: 714.424.9987

NP

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37441 | 7/23/2013 | 46452 |
| Job Date | Case No. | |
| 7/18/2013 | CV 10-8169 CJC (VBKX) | |
| Case Name | | |
| United States vs. Masimo Corporation | | |
| Payment Terms | | |
| Net 60 | | |

Mark T. Palin, Esq.
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

7.30

JUL 29 2013

| | |
|---|---:|
| Original & One (includes processing fee) | |
| Michael Ruhe | 1,935.00 |
| 4-Day Expedite @ 70% | 1,354.50 |
| Exhibits | 354.50 |
| Rough ASCII | 402.00 |
| ASCII File & Condensed Transcript (Complimentary) | 0.00 |
| CD-Rom (Complimentary) | 0.00 |
| **TOTAL DUE >>>** | **$4,046.00** |

File #9506.25

**SPECIAL CLIENT - VOLUME DISCOUNT**
B&W Exhibit rate reduced from $0.65/page to $0.50/page

Your patronage and confidence in us is greatly appreciated.

Tax ID: 27-0074784

*Please detach bottom portion and return with payment.*

Mark T. Palin, Esq.
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

Invoice No.  : 37441
Invoice Date : 7/23/2013
**Total Due** : **$ 4,046.00**

*1115720*

Remit To: **JILIO-RYAN, HUNTER & OLSEN, INC.**
**14661 FRANKLIN AVENUE, SUITE 150**
**TUSTIN, CA 92780**

Job No.    : 46452
BU ID      : 1-MAIN
Case No.   : CV 10-8169 CJC (VBKX)
Case Name  : United States vs. Masimo Corporation

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone: 714-486-0737  Fax: 714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 384339 | 7/29/2013 | 319853 |
| Job Date | Case No. | |
| 7/16/2013 | | |

**Case Name**

United States v. Masimo Corporation

**Payment Terms**

Due upon receipt

Edward Ho
Atkinson, Andelson, Loya, Ruud & Romo, P.C.
12800 Center Drive Court
Suite 300
Cerritos, CA 90703-2273

1 CERTIFIED COPY OF TRANSCRIPT OF:

Abraham Rosenbaum, M.D.

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| | 97.00 Pages | @ | 3.30 | 320.10 |
| Exhibit | 979.00 Pages | @ | 0.60 | 587.40 |
| Condensed Transcript | | | 29.50 | 29.50 |
| Ship/Handle/processing | | | 65.00 | 65.00 |
| Litigation Support CD | | | 39.00 | 39.00 |
| Rough Draft | 85.00 | @ | 1.50 | 127.50 |

**TOTAL DUE >>>**   $1,168.50
AFTER 9/12/2013 PAY   $1,285.35

8/14/13
9506.25

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                    Phone: 562-653-3200   Fax: 562-653-3727

*Please detach bottom portion and return with payment.*

Edward Ho
Atkinson, Andelson, Loya, Ruud & Romo, P.C.
12800 Center Drive Court
Suite 300
Cerritos, CA 90703-2273


*1116433*

Remit To:  U.S. Legal Support (CA Reporting)
P O Box 79637
City of Industry, CA 91716-9637

Job No.     : 319853          BU ID     : 41-CM
Case No.    :
Case Name   : United States v. Masimo Corporation

Invoice No. : 384339          Invoice Date : 7/29/2013
**Total Due** : $ 1,168.50
AFTER 9/12/2013 PAY $1,285.35

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

15                                                   TAB C

Karyn Abbott & Associates
70 South Lake Avenue, 10th Floor
Pasadena, CA 91101
Phone:(213) 749-1234  Fax:(213) 749-0644

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36310 | 7/31/2013 | 25915 |

| Job Date | Case No. |
|---|---|
| 7/15/2013 | CV1008169CJCVBKX |

**Case Name**

UNITED STATES V. MASIMO

Client/Matter # 009506.25

**Payment Terms**

Net 30

Accounts Payable
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

One Certified Copy of the Transcript of:
　Gary Marston

　　　　　　　　　　　　　　　　　　　　　2,635.40

**TOTAL DUE >>>**　　　　　$2,635.40
AFTER 10/29/2013 PAY　　　$2,674.93

Ordered By　:  Mr. Edward Ho
　　　　　　　Atkinson, Andelson, Loya, Ruud & Romo
　　　　　　　12800 Center Court Drive, Suite 300
　　　　　　　Cerritos, CA 90703

9506.25
8/30/13

RECEIVED SEP 03 2013 BY:

**Tax ID:** 95-4492113　　　　　　　　　　　　　　　　　　　Phone: 562-653-3200    Fax:

*Please detach bottom portion and return with payment.*

Accounts Payable
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

Job No.　　: 25915　　　　BU ID　　: Abbott
Case No.　 : CV1008169CJCVBKX
Case Name  : UNITED STATES V. MASIMO

Invoice No.　: 36310　　　　Invoice Date : 7/31/2013
**Total Due　: $ 2,635.40**
AFTER 10/29/2013 PAY $2,674.93


*1117225*

Remit To: **Karyn Abbott & Associates**
　　　　　**70 South Lake Avenue, 10th Floor**
　　　　　**Pasadena, CA  91101**

| PAYMENT WITH CREDIT CARD | VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:　　　　　　　Phone#: | |
| Billing Address: | |
| Zip:　　　　　Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

16　　　　　　　　　　　　　　　　　　　　　TAB C

# INVOICE

Karyn Abbott & Associates
70 South Lake Avenue, 10th Floor
Pasadena, CA 91101
Phone:(213) 749-1234   Fax:(213) 749-0644

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36390 | 8/5/2013 | 25916 |
| Job Date | | Case No. |
| 7/17/2013 | | CV1008169CJCVBKX |
| Case Name | | |
| UNITED STATES V. MASIMO | | |
| Payment Terms | | |
| Net 30 | | |

Accounts Payable
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

One Certified Copy of the Transcript of:
Joe Kiani

Ordered By : Mr. Mark T. Palin
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

1,951.20

**TOTAL DUE >>>**   $1,951.20
AFTER 11/3/2013  PAY   $1,980.47

8/8/13
9506.25
X Mark T Pal

Tax ID: 95-4492113

Phone: 562-653-3200   Fax:

*Please detach bottom portion and return with payment.*

Accounts Payable
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703



*1116190*

Remit To: **Karyn Abbott & Associates**
70 South Lake Avenue, 10th Floor
Pasadena, CA 91101

Job No.    : 25916          BU ID     : Abbott
Case No.   : CV1008169CJCVBKX
Case Name  : UNITED STATES V. MASIMO

Invoice No. : 36390        Invoice Date : 8/5/2013
**Total Due  : $ 1,951.20**
AFTER 11/3/2013 PAY $1,980.47

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

**17**                                          **TAB C**

RECEIVED
OCT 0 1 2013
PAUL, HASTINGS

U.S. Legal Support - SF
44 Montgomery Street
Suite 550
San Francisco, CA 94104
Phone:415-362-4346  Fax:415-362-4495

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 392922 | 9/24/2013 | 315618 |
| Job Date | | Case No. |
| 7/19/2013 | | |

| Case Name |
|---|
| United States v. Masimo Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Ryan Derry
Paul Hastings LLP
515 South Flower Street
Suite 2500
Los Angeles, CA 90071

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Klaus Torp, M.D.
                                                1,584.30

TOTAL DUE >>>  $1,584.30
AFTER 11/8/2013  PAY  $1,742.73

Reference No.  : 1029239

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                             Phone: 213-683-6000   Fax:213-627-0705

*Please detach bottom portion and return with payment.*

Ryan Derry
Paul Hastings LLP
515 South Flower Street
Suite 2500
Los Angeles, CA 90071

Job No.      : 315618         BU ID      :45-SF
Case No.     :
Case Name    : United States v. Masimo Corporation

Invoice No.  : 392922         Invoice Date  :9/24/2013
Total Due    : $ 1,584.30
AFTER 11/8/2013 PAY $1,742.73

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
         **P O Box 79637**
         **City of Industry, CA 91716-9637**

TAB C

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 393265 | 9/26/2013 | 326088 |
| Job Date | Case No. | |
| 9/18/2013 | | |

**Case Name**

United States v. Masimo Corporation

**Payment Terms**

Due upon receipt

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737    Fax:714-486-0746

Elena Baca
Paul Hastings LLP
515 South Flower Street
Suite 2500
Los Angeles, CA 90071

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Martin Allard, M.D. | 160.00 Pages | @ | 3.30 | 528.00 |
| Exhibit | 152.00 Pages | @ | 0.60 | 91.20 |
| Condensed Transcript | | | 29.50 | 29.50 |
| Handle/Process | | | 45.00 | 45.00 |
| Litigation Support CD | | | 39.00 | 39.00 |
| Rough Draft | 141.00 | @ | 1.50 | 211.50 |
| Expedite Fee on Original | | | 880.00 | 880.00 |
| Delivery | | | 57.58 | 57.58 |

TOTAL DUE >>>    $1,881.78
AFTER 11/10/2013  PAY    $2,069.96

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    $1,881.78

**Tax ID:** 76-0523238                                     Phone: 213-683-6000   Fax:213-627-0705

*Please detach bottom portion and return with payment.*

Elena Baca
Paul Hastings LLP
515 South Flower Street
Suite 2500
Los Angeles, CA 90071

Invoice No.    : 393265
Invoice Date   : 9/26/2013
**Total Due**  : **$1,881.78**

Remit To:    **U.S. Legal Support (CA Reporting)**
             **P O Box 79637**
             **City of Industry, CA  91716-9637**

Job No.    : 326088
BU ID      : 41-CM
Case No.   :
Case Name  : United States v. Masimo Corporation