TAB D

# MASIMO CORPORATION'S BILL OF COSTS

## LOCAL RULE 54-3.10 - CERTIFICATION, EXEMPLIFICATION AND REPRODUCTION OF DOCUMENTS

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/3/2012 | 115965 | Nationwide Legal - Courier Documents to United States District Court | $ 32.55 |
| 3/9/2012 | 116597 | Nationwide Legal - Courier Documents to United States District Court | $ 60.75 |
| 3/9/2012 | 116597 | Nationwide Legal - Courier Documents to United States District Court | $ 59.75 |
| 3/16/2012 | 116604 | Nationwide Legal - Courier Documents to United States District Court | $ 168.25 |
| 3/16/2012 | 116604 | Nationwide Legal - Courier Documents to United States District Court | $ 63.75 |
| 5/18/2012 | 117459 | Nationwide Legal - Courier Documents to United States District Court | $ 73.25 |
| 7/27/2012 | 118587 | Nationwide Legal - Courier Documents to United States District Court | $ 67.75 |
| 8/3/2012 | 118592 | Nationwide Legal - Courier Documents to United States District Court | $ 65.25 |
| 8/3/2012 | 118592 | Nationwide Legal - Courier Documents to United States District Court | $ 72.75 |
| 8/3/2012 | 118592 | Nationwide Legal - Courier Documents to United States District Court | $ 64.25 |
| 8/3/2012 | 118592 | Nationwide Legal - Courier Documents to United States District Court | $ 50.75 |
| 8/3/2012 | 118592 | Nationwide Legal - Courier Documents to United States District Court | $ 31.75 |
| 1/11/2013 | 120960 | Nationwide Legal - Courier Documents to United States District Court | $ 32.55 |
| 3/6/2013 | ATKIN.83094 | A & M Attorney Service - Courier Documents to United States District Court | $ 69.50 |
| 3/19/2013 | c30315170707-01 | Janney & Janney - Courier Documents to United States District Court | $ 30.00 |
| 3/29/2013 | 122025 | Nationwide Legal - Courier Documents to United States District Court | $ 84.35 |
| 3/29/2013 | 122025 | Nationwide Legal - Courier Documents to United States District Court | $ 167.52 |
| 6/12/2013 | 8726 | Merrill Corporation - Documents for Expert Witness | $ 120.26 |
| 7/12/2013 | ATKIN.90076 | A & M Attorney Service - Courier Documents to United States District Court | $ 69.50 |
| 7/19/2013 | ATKIN.90952 | A & M Attorney Service – Copies of Dr. Allard's Records at LLUMC | $ 1,476.55 |

# MASIMO CORPORATION'S BILL OF COSTS

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT |
|------|-------------|-------------|--------|
| 7/19/2013 | ATKIN.90520 | A & M Attorney Service - Courier Documents to United States District Court | $ 69.50 |
| 7/22/2013 | 20872736 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Masimo's Opposition to Plaintiff-Relators' Motion for Leave to File Second Amended Complaint | $ .60 |
| 7/23/2013 | 10895 | Merrill Corporation - Documents for Expert Witness | $ 1,643.12 |
| 7/26/2013 | 123602 | Nationwide Legal - Courier Documents to United States District Court | $ 117.60 |
| 8/5/2013 | 10973 | Merrill Corporation - Documents for Expert Witness | $ 121.60 |
| 8/5/2013 | 20898178 | In-House (Black/White) Photocopy Charges for Paul Hastings LLP for Masimo's Opposition to Plaintiff-Relators' Motion to Modify the Protective Order | $ 3.20 |
| 8/9/2013 | 123807 | Nationwide Legal - Courier Documents to United States District Court | $ 68.50 |
| 8/9/2013 | 123807 | Nationwide Legal - Courier Documents to United States District Court | $ 175.42 |
| 8/15/2013 | 12064 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 228.88 |
| 8/15/2013 | 12125 | Merrill Corporation - Documents for Expert Witness | $ 9.76 |
| 8/23/2013 | 124007 | Nationwide Legal - Courier Documents to United States District Court | $ 141.30 |
| 8/31/2013 | 120549 | ProLegal - Courier Documents to United States District Court | $ 33.28 |
| 8/31/2013 | 120549 | ProLegal - Courier Documents to United States District Court | $ 143.09 |
| 9/13/2013 | 13081 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 130.40 |
| 9/15/2013 | 13103 | Merrill Corporation - Simone Reynolds Documents | $ 308.88 |
| 9/25/2013 | 14165 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 918.20 |
| 9/25/2013 | 14199 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 1.50 |
| 9/25/2013 | 14190 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 624.70 |
| 9/26/2013 | 14222 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 33.40 |
| 9/27/2013 | 14249 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 135.00 |

# MASIMO CORPORATION'S BILL OF COSTS

| DATE | INVOICE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/27/2013 | 14248 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 210.50 |
| 9/27/2013 | 14238 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 135.00 |
| 9/28/2013 | 14253 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 4.80 |
| 9/28/2013 | 14251 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 4.80 |
| 9/28/2013 | 14252 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 125.88 |
| 9/28/2013 | 14256 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 186.48 |
| 9/28/2013 | 14255 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 47.86 |
| 9/28/2013 | 14254 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 72.92 |
| 9/29/2013 | 14246 | Merrill Corporation - Documents in Support of Masimo's Motion for Summary Judgment | $ 267.80 |
| 9/30/2013 | 121707 | ProLegal - Courier Documents to United States District Court | $ 51.03 |
| 9/30/2013 | 121707 | ProLegal - Courier Documents to United States District Court | $ 29.73 |
| 9/30/2013 | 121707 | ProLegal - Courier Documents to United States District Court | $ 17.08 |
| | | | |
| | | **TOTAL** | **$ 8,922.84** |

16456596

| | |
|---|---|
| **TOTAL COSTS:** | **$ 29,908.62** |



# NATIONWIDE
## LEGAL EXPRESS
LLC

1609 JAMES M WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | | 115865 | |
|---|---|---|---|
| | | 2/03/12 | |
| Invoice Date | | | |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
20TH FLOOR
LOS ANGELES   CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS
LLC
TAX ID # 45 419 8275

Cut here and return with payment

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Control No | Type | | 115865 | 2/03/12 | | | Breakdown | Total |

| 1/31/12 | 430384 | MS | PAUL HASTINGS LLP | USDC/CENTRAL DISTRICT | Base Chg | 31 00 | |
| MESSENGER SERVICE | | | 515 SOUTH FLOWER STREET | 312 NORTH SPRING STREET | Fuel Chrg | 1 55 | 32 55 |
| | | | LOS ANGELES   CA 90071 | LOS ANGELES   CA 90012 | | | |
| | | | Caller LETICIA CASTRO | | | | |
| | | | Case Number DELIVER COURTESY CPY | Signed by DELIVERED | | | |
| | | | Client/Matter 09887 00001 | | | | |



# NATIONWIDE
## LEGAL EXPRESS
LLC

1809 JAMES M WOOD BLVD | LOS ANGELES | CA 90015

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
25TH FLOOR
LOS ANGELES  CA 90071

2361885

Cut here and return with payment

O K TO PAY
GARY DE GUZMAN

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS
LLC
TAX ID # 45 415 9275

| Date | Control No | Svc Type | | 200 | 116604 | 3/16/12 | | 1 | Breakdown | Total |
|------|-----------|----------|--|-----|--------|---------|--|---|-----------|-------|

| 3/12/12 | 441744 | AS | PAUL HASTINGS LLP | USDC/SANTA ANA | Base Chg | 55 00 | |
| ATTORNEY SERVICE | | | 515 SOUTH FLOWER STREET | 411 WEST FOURTH STREET | Fax/Pages | 110 50 | |
| | | | LOS ANGELES    CA 90071 | SANTA ANA      CA 92701 | Fuel Chrg | 2 75 | 168 25 |
| | | | Caller  KAREEN ROWANO | | | | |
| | | | Case Number DELIVER COURTESY CPY | Case Title BERGER NOON | | | |
| | | | Client/Matter  37087 00071 | Signed by  DELIVERED CC/CARNEY S | | | |
| | | | Pieces/Pages   221 | | | | |

| 3/14/12 | 442567 | AS | PAUL HASTINGS LLP | USDC/SANTA ANA | Base Chg | 55 00 | |
| ATTORNEY SERVICE | | | 515 SOUTH FLOWER STREET | 411 WEST FOURTH STREET | Fax/Pages | 6 00 | |
| | | | LOS ANGELES    CA 90071 | SANTA ANA      CA 92701 | Fuel Chrg | 2 75 | 63 75 |
| | | | Caller  CHRIS WILSON | | | | |
| | | | Case Number DELIVER COURTESY CPY | | | | |
| | | | Client/Matter  37087 00071 | Signed by  DELIVERED CC/CARNEY S | | | |
| | | | Pieces/Pages    12 | | | | |



### NATIONWIDE LEGAL EXPRESS LLC

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 117459 | 200 |
| 5/18/12 | |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
20TH FLOOR
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

**Cut here and return with payment**

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|---|---|
| | | | 200 | 117459 | 5/18/12 | | 2 |
| Date | Control No. | Svc. Type | | | | | | Breakdown | Total |

| Date | Control No. | Svc Type | | | | Breakdown | Total |
|---|---|---|---|---|---|---|---|
| 5/15/12 | 460231 | AS | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES     CA 90071<br>Caller: L. HALVERSON<br>Case Number:10CV8169<br>Documents:COURTESY COPIES<br>Client/Matter: 37087.00071<br>Pieces/Pages:  52 | USDC/SANTA ANA<br>411 WEST FOURTH STREET<br>SANTA ANA     CA 92701<br><br>Case Title:US V MASINO CORP<br>DEL CC B4 NOON TODAY<br>Signed by: DELIVERED CC/CARNEY'S | Base Chg : 45.00<br>Fax/Pages : 26.00<br>Fuel Chrg : 2.25 | 73.25 |
| ATTORNEY SERVICE | | | | | | |

---



### NATIONWIDE LEGAL EXPRESS LLC

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 116597 | 200 |
| 3/09/12 | |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
20TH FLOOR
LOS ANGELES  CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS
LLC
TAX ID # 45 419 8275

**Cut here and return with payment**

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|---|---|
| | | | 200 | 116597 | 3/09/12 | | 7 |
| Date | Control No | Svc Type | | | | | | Breakdown | Total |

| Date | Control No | Svc Type | | | Breakdown | Total |
|---|---|---|---|---|---|---|
| 3/09/12 | 441273 | AS | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES     CA 90071<br>Caller  KAREEN ROMANO<br>Case Number DELIVER COURTESY CPY<br>Client/Matter  37087 00071<br>Pieces/Pages     6 | USDC/SANTA ANA<br>411 WEST FOURTH STREET<br>SANTA ANA     CA 92701<br><br>Signed by  DELIVERED CC/CARNEY S | Base Chg    55 00<br>Fax/Pages<br>Fuel Chrg    2 75 | 40 75 |
| ATTORNEY SERVICE | | | | | | |
| 3/09/12 | 441324 | AS | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES     CA 90071<br>Caller  KAREEN ROMANO<br>Case Number CV10 8169<br>Documents NOTICE X 2<br>Client/Matter  37087 00071<br>Pieces/Pages     4 | USDC/SANTA ANA<br>411 WEST FOURTH STREET<br>SANTA ANA     CA 92701<br>DELIVER TO JUDGE CAR<br>Signed by  DELIVERED CC/CARNEY | Base Chg    55 00<br>Fax/Pages    2 00<br>Fuel Chrg    2 75 | 59 75 |
| ATTORNEY SERVICE | | | | | | |



## NATIONWIDE LEGAL EXPRESS LLC

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 118587 | 200 |
| 7/27/12 | |
| Invoice Date | |

O.K. TO PAY
GARY DE GUZMAN

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
20TH FLOOR
LOS ANGELES, CA 90071

2147931214544

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

Cut here and return with payment

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 200 | 118587 | 7/27/12 | | 1 |

| Date | Control No. | Svc. Type | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/24/12 | 478643 | AS | PAUL HASTINGS LLP | USDC/SANTA ANA | Base Chg : | 55.00 | |
| ATTORNEY SERVICE | | | 515 SOUTH FLOWER STREET | 411 WEST FOURTH STREET | Fax/Pages : | 10.00 | |
| | | | LOS ANGELES  CA 90071 | SANTA ANA  CA 92701 | Fuel Chrg : | 2.75 | 67.75 |
| | | | Caller: IRIS ABO | | | | |
| | | | Case Number: DELIVER COURTESY CPY | | | | |
| | | | Client/Matter: 17087.00071 | Signed by: DELIVERED TO CARNEY | | | |
| | | | Pieces/Pages:  20 | | | | |

TAB D



**NATIONWIDE**
**LEGAL EXPRESS**
LLC

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 118592 | 208 |
| 8/03/12 | |
| **Invoice Date** | **Total Invoice** |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
20TH FLOOR
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

✂ ---- **Cut here and return with payment** -------------------

| Date | Control No. | Svc. Type | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page | | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 208 | 118592 | 8/03/12 | | 4 | | | |
| 7/30/12 ATTORNEY SERVICE | 480219 | AS | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: IRIS ABO Case Number: DELIVER COURTESY CPY Client/Matter: 37087.00071 Pieces/Pages:    3 | | USDC/SANTA ANA 411 WEST FOURTH STREET SANTA ANA      CA 92701 Signed by: DELIVERED CC CARNEY | | | | | Base Chg Wait/Rsrch: Fax/Pages : Fuel Chrg : | 55.00 6.00 1.50 2.75 | 65.25 |
| 9/17/12 ATTORNEY SERVICE | 493056 | AS | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: KAREEN ROMANO Case Number: DELIVER COURTESY CPY Client/Matter: 37087.00071 | | USDC/SANTA ANA 411 WEST FOURTH STREET SANTA ANA      CA 92701 Case Title: BEFORE NOON Signed by: DELIVERED CC CARNEY | | | | | Base Chg : Wait/Rsrch: Fuel Chrg : | 55.00 15.00 2.75 | 72.75 |
| 6/12/12 ATTORNEY SERVICE | 467911 | AS | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: LETICIA CASTRO Case Number: DELIVER COURTESY CPY Client/Matter: 37087.00071 Pieces/Pages:   13 | | USDC/SANTA ANA 411 WEST FOURTH STREET SANTA ANA      CA 92701 Signed by: DELIVERED CC/CARNEY'S | | | | | Base Chg : Fax/Pages : Fuel Chrg : | 55.00 6.50 2.75 | 64.25 |
| 6/08/12 ATTORNEY SERVICE | 466852 | AS | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: LETICIA CASTRO Case Number: DELIVER COURTESY CPY Client/Matter: 37087.00071 Pieces/Pages:    7 | | USDC/SANTA ANA 411 WEST FOURTH STREET SANTA ANA      CA 92701 Signed by: DELIVERED CC/CARNEY'S | | | | | Base Chg : Fax/Pages : Fuel Chrg : | 45.00 3.50 2.25 | 50.75 |
| 6/25/12 ATTORNEY SERVICE | 470976 | AS AS | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: LETICIA CASTRO Case Number: FILE APPLCTN & ORDER Documents: CV10-8169CJC Client/Matter: 37087.00071 | | USDC/CENTRAL DISTRICT 312 NORTH SPRING STREET LOS ANGELES     CA 90012 Case Title: US V. MASIMO FEES ATTACHED Signed by: LUPITA | | | | | Base Chg : Return : Fuel Chrg : | 25.00 5.00 1.75 | 31.75 |



NATIONWIDE
LEGAL EXPRESS
LLC

1809 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|-----------|-----------|
| 120960 | 200 |
| 1/11/13 | ~~~~~ |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
20TH FLOOR
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL, LLC

TAX ID # 20-8284537

✂ - - - - - - - - - - Cut here and return with payment - - - - - - - - - - - - - - - -

| Date | Control No. | Svc. Type | Customer No. | Invoice No. | Period Ending | Amount Due | Page | Breakdown | Total |
|------|-------------|-----------|--------------|-------------|---------------|------------|------|-----------|-------|
| | | | 200 | 120960 | 1/11/13 | ~~~~ | 3 | | |
| 1/08/13 | -522070 | MS | PAUL HASTINGS LLP 515 SOUTH FLOWER STREET LOS ANGELES    CA 90071 Caller: LETICIA CASTRO Case Number: DELIVER COURTESY CPY Documents: TO JUDGE WU Client/Matter: 37087.00071 | USDC/CENTRAL DISTRICT 312 NORTH SPRING STREET LOS ANGELES    CA 90012 Case Title: TO JUDGE GHANDI & Signed by: DLV JDG GHANDI & WU | | | | Base Chg : 31.00 Fuel Chrg : 1.55 | 32.55 |

**28**                                                                                          **TAB D**

# A & M ATTORNEY SERVICE, INC.

| Wednesday March 06, 2013 | *I N V O I C E* | ATKIN.83094 |
|---|---|---|

P.O. BOX 7881
LONG BEACH,, CA 90807
Telephone: 562 426-8306

Attention: PATTI
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
12800 CENTER COURT DR.
SUITE 300
CERRITOS CA 90703

Attorney File #: **9506 25**
    Court: UNITED STATES DISTRICT COURT-CENTRAL DISTRICT, LOS ANGELES
Description: COURIER SERVICE:; COURTESY COPY RE ORDER RE REQUEST FOR SUB OF ATTORNEY

| Date | Description | Amount |
|---|---|---|
| 03/06/13 | Miscellaneous Job: COURT SERVICE | |
| 03/06/13 | COURT SERVICE | 69.50 |

**PLEASE PAY FROM THIS INVOICE**      **69.50**

*1 1 1 1 2 5 7*

# Janney & Janney
## attorney service, inc.

**(213) 628-6338**
1545 Wilshire Blvd., 311
Los Angeles, CA 90017
www.janneyandjanney.com

**INVOICE DATE:** 03/19/2013      **INVOICE NUMBER:** C30315170707-01

| | |
|---|---|
| Client No. 4635 | **Route#:** NR-6 |
| Client ATKINSON, ANDELSON, LOYA, RUDD & ROMO | |
| Address 12800 CENTER COURT DR., #300 | |
| CERRITOS, CA 90703 | |
| Phone: (562) 653-3200   Fax: (562) 653-3333 | |
| Client File No.: 9506.25 | |
| Contact: EMILY HARO | |

MAR 2 6 2013

Case No.: 10-CV-08169-CJC
Court: USDC - Central District - Southern Division
Plaintiff: UNITED STATE ,ET AL
Defendant: MASIMO CORPORATION
Servee:

Documents:
NOTICE OF CHANGE OF ATTORNEY INFOR

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| 3/15/13 DELIVER TO MANDATORY CHAMBER COPY BOX ON THE 9TH FLOOR ON MONDAY ,MARCH 18,2013 IN USDC-SANTA ANA - ASSIGNMENT COMPLETED | Court Services | 30.00 |
| | INVOICE TOTAL | $ 30.00 |

*111626*

Order#: C30315170707-01/InvCourt

**30**      **TAB D**



# NATIONWIDE LEGAL LLC

1609 James M Wood Blvd | Los Angeles | CA | 90015

| Invoice # | Customer # |
|-----------|------------|
| 122025 | 200 |
| 3/29/13 | |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
25TH FLOOR
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL, LLC

**Cut here and return with payment** TAX ID # 20-8286527

| Date | Job No. | Ser. Type | Customer No. | Invoice No. | Parcel Ending | Amount Due | Pgs | Breakdown | Total |
|------|---------|-----------|--------------|-------------|---------------|------------|-----|-----------|-------|
| | | | 200 | 122025 | 3/29/13 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/30/13 | 583168 | AS | PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071<br>Caller: IRMA GAMINO<br>Case Number: DELIVER COURTESY<br>Documents: BEFORE NOON!<br>Client/Matter: 37087.00071<br>Pieces/Pages: 35 | USDC/SANTA ANA<br>411 WEST FOURTH STREET<br>SANTA ANA CA 92701<br><br>Case Title: COPIES TO CARNEY<br>Signed by: DEL CC CARNEY | Base Chg :<br>Fax/Pages :<br>Blue Backs:<br>Fuel Chrg :<br>Tabs : | 50.00<br>19.25<br>1.05<br>3.05<br>1.05 | 84.35 |
| | | ATTORNEY SERVICE | | | | | |

TAB D

| 7/22/13 | 572616 | AS | PAUL HASTINGS LLP | USDC/SANTA ANA | Base Chg : | 96.00 | |
| | | AS | 515 SOUTH FLOWER STREET | 411 WEST FOURTH STREET | Return : | 48.00 | |
| ATTORNEY SERVICE | | | LOS ANGELES CA 90071 | SANTA ANA CA 92701 | Wait/Rsrch: | 16.80 | |
| | | | Caller: ROSEMARY SOLIZ | | Fuel Chrg : | 6.72 | 167.52 |
| | | | Documents: FILE 3 DOCS TOTAL | Case Title: US V. MASIMO | | | |
| | | | Case Number: 10CV08169CJC | | | | |
| | | | Client/Matter: 37087.00071 | Signed by: JACKIE | | | |
| | | | Waiting Time: 13mins | | | | |

**TAB D**

# MERRILL CORPORATION



# Production Center Services

Job Number:  8726

Client/Matter:  MASIMOL.876L

Date Ordered:  6/12/2013

Requester:  MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| SCAN - EXPERT WITNESS BINDER FROM PAUL HASTINGS | 859 | $0.14 | $120.26 |
| | | TOTAL | **$120.26** |

# A & M ATTORNEY SERVICE, INC.

Friday July 12, 2013      *INVOICE*      ATKIN.90076

P.O. BOX 7881
LONG BEACH,, CA 90807
Telephone: 562 426-8306

Attention: PATTI
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
12800 CENTER COURT DR.
SUITE 300
CERRITOS CA 90703

Attorney File #: **9506 25**
     Court: UNITED STATES DISTRICT COURT-CENTRAL DISTRICT, LOS ANGELES
     Description: COURIER SERVICE:; DELIVER TO JUDGE CORMAC CARNEY, ROOM 9B BY 11:00

| Date | Description | Amount |
|------|-------------|--------|
| 07/12/13 | Miscellaneous Job: COURT SERVICE | |
| 07/12/13 | COURIER SERVICE | 69.50 |

PLEASE PAY FROM THIS INVOICE      69.50



* 1 1 1 5 6 0 3 *

DATE: 10/03/13

PAUL HASTINGS LLP
BILLING SUMMARY REPORT (PROFORMA)
Thru: 01/01/80

Page 1 (1)
Proforma P1

**35**

**TAB D**

| 09/16/13 | JHL3 | 548194 | 90.00 | 18.00 | 218 | 20946377 | Photocopy Charges |
| 09/17/13 | FLT | 548222 | 717.00 | 143.40 | 218 | 20946530 | Photocopy Charges |
| 09/18/13 | RDD4 | 548328 | 418.00 | 83.60 | 218 | 20948086 | Photocopy Charges |
| 08/29/13 | LC3 | 546469 | 168.00 | 33.60 | 218 | 20921403 | Photocopy Charges |

| DATE | APPROVAL | SOURCE | QUANTITY | AMOUNT IN: DO | INSTR CODE | DISB CODE | INDEX NO | VOUCHER | DESCRIPTION |
|------|----------|--------|----------|---------------|------------|-----------|----------|---------|-------------|
| 08/29/13 | LC3 | 546584 | 367.00 | 73.40 | | 218 | 20922876 | | Photocopy Charges |
| 09/29/13 | JHL3 | 549330 | 428.00 | 85.60 | | 218 | 20959367 | | Photocopy Charges |
| 09/18/13 | RDD4 | 548444 | 705.00 | 141.00 | | 218 | 20949991 | | Photocopy Charges |
| 09/19/13 | RDD4 | 548444 | 1.00 | .20 | | 218 | 20949992 | | Photocopy Charges |
| 08/20/13 | RDD4 | 545505 | 1.00 | .20 | | 218 | 20909540 | | Photocopy Charges |
| 08/05/13 | PHJW | 544584 | 16.00 | 3.20 | | 218 | 20898178 | | Photocopy Charges |
| 08/07/13 | RDD4 | 544584 | 2.00 | .40 | | 218 | 20898508 | | Photocopy Charges |
| 07/31/13 | RDD4 | 543430 | 1.00 | .20 | | 218 | 20883555 | | Photocopy Charges |
| 07/26/13 | CMF3 | 542895 | 9.00 | 1.80 | | 218 | 20876288 | | Photocopy Charges |
| 07/25/13 | CMF3 | 542788 | 241.00 | 48.20 | | 218 | 20876491 | | Photocopy Charges |
| 06/25/13 | CMF3 | 539673 | 15.00 | 3.00 | | 218 | 20841181 | | Photocopy Charges |
| 07/14/13 | JHL3 | 541511 | 4,917.00 | 983.40 | | 218 | 20863783 | | Photocopy Charges |
| 07/15/13 | RDD4 | 541657 | 30.00 | 6.00 | | 218 | 20865057 | | Photocopy Charges |
| 06/26/13 | CMF3 | 539817 | 3.00 | .60 | | 218 | 20843054 | | Photocopy Charges |
| 06/27/13 | JHL3 | 540078 | 643.00 | 128.60 | | 218 | 20848035 | | Photocopy Charges |
| 07/17/13 | RDD4 | 541943 | 2.00 | .40 | | 218 | 20867881 | | Photocopy Charges |
| 07/22/13 | IA3 | 542397 | 3.00 | .60 | | 218 | 20872736 | | Photocopy Charges |
| 07/17/13 | JHL3 | 542081 | 411.00 | 82.20 | | 218 | 20869955 | | Photocopy Charges |
| 07/16/13 | RDD4 | 541781 | 1,730.00 | 346.00 | | 218 | 20865863 | | Photocopy Charges |
| 07/16/13 | JHL3 | 541943 | 465.00 | 93.00 | | 218 | 20867880 | | Photocopy Charges |
| 03/23/12 | EKM3 | 490734 | 8.00 | 1.60 | | 218 | 20237011 | | Photocopy Charges |
| 03/23/12 | EKM3 | 490756 | 286.00 | 57.20 | | 218 | 20237276 | | Photocopy Charges |
| 03/29/12 | CMF3 | 491427 | 262.00 | 52.40 | | 218 | 20246008 | | Photocopy Charges |
| 03/30/12 | CMF3 | 491601 | 24.00 | 4.80 | | 218 | 20247934 | | Photocopy Charges |
| 04/02/12 | CMF3 | 492335 | 4.00 | .80 | | 218 | 20256138 | | Photocopy Charges |
| 06/26/12 | RDD4 | 501096 | 16.00 | 3.20 | | 218 | 20379201 | | Photocopy Charges |
| 06/25/12 | RDD4 | 500945 | 95.00 | 19.00 | | 218 | 20377855 | | Photocopy Charges |

| DATE | APPROVAL | SOURCE | QUANTITY | AMOUNT IN: DO | INSTR CODE | DISB CODE | INDEX NO | VOUCHER | DESCRIPTION |
|------|----------|--------|----------|---------------|------------|-----------|----------|---------|-------------|
| 09/26/12 | RDD4 | 511220 | 559.00 | 111.80 | | 218 | 20514112 | | Photocopy Charges |
| 10/01/12 | RDD4 | 512380 | 44.00 | 8.80 | | 218 | 20528208 | | Photocopy Charges |
| 11/20/12 | JNS2 | 517234 | 73.00 | 14.60 | | 218 | 20582960 | | Photocopy Charges |
| 11/26/12 | KCC3 | 517621 | 485.00 | 97.00 | | 218 | 20587138 | | Photocopy Charges |
| 12/06/12 | ERB | 519239 | 222.00 | 44.40 | | 218 | 20606526 | | Photocopy Charges |
| 12/21/12 | ERB | 520726 | 16.00 | 3.20 | | 218 | 20623613 | | Photocopy Charges |
| 01/04/13 | ERB | 522513 | 2.00 | .40 | | 218 | 20638864 | | Photocopy Charges |
| 07/18/12 | ERB | 503621 | 31.00 | 6.20 | | 218 | 20420896 | | Photocopy Charges |
| 12/12/12 | ERB | 519630 | 10.00 | 2.00 | | 218 | 20610475 | | Photocopy Charges |
| 06/24/13 | NS17 | 539541 | 381.00 | 76.20 | | 218 | 20840217 | | Photocopy Charges |
| 03/29/13 | JHL3 | 530858 | 19.00 | 3.80 | | 218 | 20740832 | | Photocopy Charges |
| 03/19/13 | JHL3 | 529854 | 8.00 | 1.60 | | 218 | 20728382 | | Photocopy Charges |
| 03/11/13 | KCC3 | 528960 | 229.00 | 45.80 | | 218 | 20717443 | | Photocopy Charges |
| 05/14/13 | RDD4 | 535473 | 3.00 | .60 | | 218 | 20796741 | | Photocopy Charges |

2,832.00* subtotal   218

| 12/06/12 | ERB | 519239 | 196.00 | 245.00 | | 220 | 20606527 | | Photocopy Charges (Color) |
| 07/25/12 | JHL3 | 504479 | 26.00 | 32.50 | | 220 | 20428375 | | Photocopy Charges (Color) |
| 06/27/13 | JHL3 | 540078 | 326.00 | 407.50 | | 220 | 20848036 | | Photocopy Charges (Color) |
| 09/17/13 | ERB | 548222 | 126.00 | 157.50 | | 220 | 20946531 | | Photocopy Charges (Color) |

842.50* subtotal   220

# A & M ATTORNEY SERVICE, INC.

Friday July 19, 2013     *INVOICE*     ATKIN.90952

P.O. BOX 7881
LONG BEACH,, CA 90807
Telephone: 562 426-8306

Attention: PATTI
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
12800 CENTER COURT DR.
SUITE 300
CERRITOS CA 90703

Attorney File #: **9506.25**
Title: MASIMO
Description: COURIER SERVICE:; COPY JOB FROM SCHILT & HEINRICH IN LOMA LINDA

| Date | Description | Amount |
|------|-------------|--------|
| 07/19/13 | Miscellaneous Job:  COURT SERVICE | |
| 07/19/13 | RUSH (WITHIN 72 HRS OR UNDER OTHER SPECIAL CIRCUMSTANCES) | 89.50 |
| 07/19/13 | ADDITIONAL PAGES | 1,352.05 |
| 07/19/13 | PHOTOCOPIES,  .00 Copies, at $.00 | 35.00 |
| 07/19/13 | California State, County, & City Sales Tax  There Is No County Record For County #: 0, For Zip Code: 90703, Or The County Tax Rate Is Zero! | 0.00 |

**PLEASE PAY FROM THIS INVOICE**     1,476.55



*1 1 1 5 9 1 8 *

# A & M ATTORNEY SERVICE, INC.

Friday July 19, 2013

## *INVOICE*

ATKIN.90520

P.O. BOX 7881
LONG BEACH,, CA  90807
Telephone: 562 426-8306

Attention: PATTI KIM
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
12800 CENTER COURT DR.
SUITE 300
CERRITOS CA  90703

Attorney File #: **9506.25**
Court: UNITED STATES DISTRICT COURT SANTA ANA
Description: COURT SERVICE:; COURTESY COPY TO JUDGE CORMAC CARNEY ROOM 9B

| Date | Description | Amount |
|------|-------------|--------|
| 07/19/13 | Miscellaneous Job: COURT SERVICE | |
| 07/19/13 | COURIER SERVICE | 69.50 |

**PLEASE PAY FROM THIS INVOICE** **69.50**



*1115905*

# MERRILL CORPORATION



# Production Center Services

Job Number:    10895

Client/Matter:  MASIMOL.876L

Date Ordered:  7/23/2013

Requester:    MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---:|---:|---:|
| B/W BLOWBACKS | 17164 | $0.08 | $1,373.12 |
| 4" BLACK D-RING CLEARVIEW BINDERS | 6 | $20.00 | $120.00 |
| 5" BLACK D-RING CLEARVIEW BINDERS | 6 | $25.00 | $150.00 |
| | | **TOTAL** | **$1,643.12** |



**NATIONWIDE LEGAL** LLC.

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 123602 | 200 |
| 7/26/13 | |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
26TH FLOOR
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
TEL. (855) 215-4471
TAX ID # 26-8284527

Cut here and return with payment

| Date | Control No. | Svc. Type | Customer No. | Invoice No. | Period Ending | Amount Due | Page | | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 200 | 123602 | 7/26/13 | | 3 | | | |

| 7/23/13 | 572826 | MS | PAUL HASTINGS LLP | USDC/SANTA ANA | Base Chg : | 112.00 | 117.60 |
|---|---|---|---|---|---|---|---|
| MESSENGER SERVICE | | | 515 SOUTH FLOWER STREET | 411 WEST FOURTH STREET | Fuel Chrg : | 5.60 | |
| | | | LOS ANGELES    CA 90071 | SANTA ANA      CA 92701 | | | |
| | | | Caller: IRMA GAMINO | | | | |
| | | | Case Number: DELIVER COURTESY CPY | Case Title: BEFORE NOON | | | |
| | | | Client/Matter: 37087.00071 | Signed by: JUDGES BOX. | | | |

# MERRILL CORPORATION



# Production Center Services

Job Number:     10973

Client/Matter:  MASIMOL.876L

Date Ordered:  8/5/2013

Requester:      MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W PRINTS | 1268 | $0.08 | $101.44 |
| 4" BLACK D-RING CLEARVIEW BINDER | 1 | $20.00 | $20.00 |
| SLIP SHEETS | 2 | $0.08 | $0.16 |
| | | **TOTAL** | **$121.60** |



**NATIONWIDE LEGAL** LLC.

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|-----------|------------|
| 123807 | 200 |
| 8/09/13 | ~~redacted~~ |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
20TH FLOOR
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
TEL. (855) 215-4471
TAX ID # 20-8284527

✂ - - - - - - Cut here and return with payment - - - - - -

| Date | Control No. | Svc. Type | Customer No. 200 | Invoice No. 123807 | Period Ending 8/09/13 | Amount Due ~~redacted~~ | Page 3 | Breakdown | Total |
|------|-------------|-----------|-----|-----|-----|-----|-----|-----------|-------|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/05/13 | 576499 | AS | PAUL HASTINGS LLP | USDC/SANTA ANA | Base Chg : | 60.00 | |
| | | | 515 SOUTH FLOWER STREET | 411 WEST FOURTH STREET | Fax/Pages : | 4.50 | |
| ATTORNEY SERVICE | | | LOS ANGELES     CA 90071 | SANTA ANA      CA 92701 | Fuel Chrg : | 3.00 | |
| | | | Caller: CHRIS WILSON | | Blue Backs: | 1.00 | 68.50 |
| | | | Case Number: DELIVER COURTESY CPY | | | | |
| | | | Client/Matter: 37087.00071 | Signed by: DELIVERED CC CARNEY | | | |
| | | | Pieces/Pages:  9 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/19/13 | 579858 | AS | PAUL HASTINGS LLP | USDC/SANTA ANA | Base Chg : | 96.00 | |
| | | | 515 SOUTH FLOWER STREET | 411 WEST FOURTH STREET | Wait/Rerch: | 49.20 | |
| ATTORNEY SERVICE | | | LOS ANGELES     CA 90071 | SANTA ANA      CA 92701 | Fax/Pages : | 2.50 | |
| | | | Caller: ROSEMARY SOLIZ | | Weights  : | 21.00 | |
| | | | Case Number: 10CV08169DJC | Case Title: US V. MASIMO | Fuel Chrg : | 6.72 | 175.42 |
| | | | Documents: FILE 9 DECL (UNDER SEAL) | | | | |
| | | | Client/Matter: 37087.00071 | Signed by: DROP WITH CLERK | | | |
| | | | Pieces/Pages:  2 | | | | |
| | | | Waiting Time: 82mins | | | | |



# Production Center Services

Job Number: 12064

Client/Matter: MASIMOL.876L

Date Ordered: 8/15/2013

Requester: JILLIAN RICE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W BLOWBACKS | 1496 | $0.08 | $119.68 |
| 1.5" BLACK D-RING CLEARVIEW BINDERS | 4 | $9.00 | $36.00 |
| CUSTOM TABS | 244 | $0.30 | $73.20 |
| | | TOTAL | $228.88 |

# MERRILL CORPORATION



# Production Center Services

Job Number: 12125

Client/Matter: MASIMOL.876L

Date Ordered: 8/15/2013

Requester: MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B&W PRINTS | 122 | $0.08 | $9.76 |
| | | TOTAL | $9.76 |



**NATIONWIDE LEGAL** LLC.

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 124007 | 200 |
| 8/23/13 | |
| Invoice Date | Total Invoice |

PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
20TH FLOOR
LOS ANGELES, CA 90071

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
TEL. (855) 215-4471
TAX ID # 20-8284527

--- ✂ Cut here and return with payment

| Date | Control No. | Svc. Type | | Customer No. 200 | Invoice No. 124007 | Period Ending 8/23/13 | Amount Due | Page | | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/13 | 880298 | MS | PAUL HASTINGS LLP | USDC/SANTA ANA | | | | | | Base Chg : 126.00 | |
| MESSENGER SERVICE | | | 515 SOUTH FLOWER STREET | 411 WEST FOURTH STREET | | | | | | Weight: 9.00 | |
| | | | LOS ANGELES CA 90071 | SANTA ANA CA 92701 | | | | | | Fuel Chrg : 6.30 | 141.30 |
| | | | Caller: ROSEMARY SOLIZ | | | | | | | | |
| | | | Case Number: DELIVER COURTESY CPY | Case Title: **BOX, NOT HEAVY** | | | | | | | |
| | | | Client/Matter: 57087.00071 | Signed by: INTAKE WINDOW | | | | | | | |
| | | | Pieces/Pages: 1 | | | | | | | | |

47

TAB D



P O Box 712142
Los Angeles, CA 90071
(888) 722-6878

**References**      **MASIMOL.8760**

**On Demand**

| Date Ready | Order ID | | | References |
| --- | --- | --- | --- | --- |
| Order Type | Caller | Origin | Destination | Billing Group |

| | | | | |
| --- | --- | --- | --- | --- |
| 8/23/2013 3:00 PM | 4394636 | Prolegal | Judge Cormack Carney | MASIMOL.8760 |
| Exclusive-Legal | | 17921 Sky Park Circle Ste C | 411 W 4th St STE  Courtroom  9 | |
| | Jillian Rice | Irvine CA 92614 | Santa Ana CA 92701 | |

|  |  |  |
| --- | --- | --- |
| Exclusive-Legal | | $26.33 |
| Fuel Surcharge | 1 | $3.95 |
| Legal Supplies | 2 | $3.00 |

**POD:** Judge Carneys Drop Box          **Order Total:**     **$33.28**

We appreciate your business!



P.O. Box 712142
Los Angeles, CA 90071
(888) 722-6878

**References**      **MASIMOL.876L**

**On Demand**

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
| --- | --- | --- | --- | --- |
| 8/27/2013 8:00 AM Economy-Legal | 4396805 | Prolegal | US District - (Central) Santa Ana | MASIMOL.876L |
| | | 17921 Sky Park Circle Ste C | 411 W 4th St | |
| | Jillian Rice | Irvine CA 92614 | Santa Ana CA 92701-4500 | |

|  |  |  |
| --- | ---: | ---: |
| Economy-Legal | | $9.90 |
| Fuel Surcharge | 1 | $1.49 |
| Copies | 312 | $109.20 |
| Legal Supplies | 3 | $4.50 |
| Legal Supplies | 12 | $18.00 |
| **Order Total:** | | **$143.09** |

**POD:**    Judge Carneys Box

**On Demand Totals:**      **$143.09**

**References - MASIMOL.876L Total:**      **$143.09**

We appreciate your business!

# MERRILL CORPORATION



# Production Center Services

Job Number:    13081

Client/Matter:  MASIMOL.876L

Date Ordered:  9/13/2013

Requester:    JILLIAN RICE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W BLOWBACKS | 820 | $0.08 | $65.60 |
| 1.5" BLACK D-RING CLEARVIEW BINDER | 4 | $9.00 | $36.00 |
| CUSTOM TABS | 96 | $0.30 | $28.80 |
| | | TOTAL | $130.40 |

# MERRILL CORPORATION



# Production Center Services

Job Number:    13103

Client/Matter:  MASIMOL.876L

Date Ordered:  9/15/2013

Requester:     MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|-------------|----------|-----------|-------|
| B&W PRINTS | 3861 | $0.08 | $308.88 |
| | | **TOTAL** | **$308.88** |



# Production Center Services

Job Number:    14165

Client/Matter:   MASIMOL.876L

Date Ordered:  9/25/2013

Requester:      BRENDA ALTMAN

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W PRINTS | 8040 | $0.08 | $643.20 |
| 1" BLACK D-RING CLEARVIEW BINDERS | 5 | $8.00 | $40.00 |
| 2" BLACK D-RING CLEARVIEW BINDERS | 10 | $11.00 | $110.00 |
| CUSTOM TABS | 380 | $0.30 | $114.00 |
| INDEX TABS - SIDE NUMBERS | 55 | $0.20 | $11.00 |
| | | **TOTAL** | **$918.20** |



# Production Center Services

Job Number:     14199

Client/Matter:  MASIMOL.876L

Date Ordered:  9/25/2013

Requester:      BRENDA ALTMAN

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| CUSTOM TABS | 5 | $0.30 | $1.50 |
| | | **TOTAL** | **$1.50** |



# Production Center Services

Job Number: 14190

Client/Matter: MASIMOL.876L

Date Ordered: 9/25/2013

Requester: ELIZABETH IBARRA

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W PRINTS | 5340 | $0.08 | $427.20 |
| 3" BLACK VIEW BINDERS | 5 | $14.00 | $70.00 |
| CUSTOM TABS | 425 | $0.30 | $127.50 |
| | | **TOTAL** | **$624.70** |

# MERRILL CORPORATION



# Production Center Services

Job Number:     14222

Client/Matter:  MASIMOL.876L

Date Ordered:  9/26/2013

Requester:     MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| COLOR PRINTS | 53 | $0.50 | $26.50 |
| EXHIBIT TABS | 23 | $0.30 | $6.90 |
| | | **TOTAL** | **$33.40** |

# MERRILL CORPORATION



# Production Center Services

Job Number:    14249

Client/Matter:   MASIMOL.876L

Date Ordered:  9/27/2013

Requester:     BRENDA ALTMAN

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| CUSTOM TABS | 450 | $0.30 | $135.00 |
| | | | _____ |
| | | **TOTAL** | **$135.00** |

# MERRILL CORPORATION



# Production Center Services

Job Number:    14248

Client/Matter:   MASIMOL.876L

Date Ordered:  9/27/2013

Requester:     BRENDA ALTMAN

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W PRINTS | 1475 | $0.08 | $118.00 |
| 2" BLACK D-RING CLEARVIEW BINDERS | 5 | $11.00 | $55.00 |
| CUSTOM TABS | 125 | $0.30 | $37.50 |
| | | **TOTAL** | **$210.50** |

# MERRILL CORPORATION



# Production Center Services

Job Number:    14238

Client/Matter:   MASIMOL.876L

Date Ordered:   9/27/2013

Requester:     BRENDA ALTMAN

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| CUSTOM TABS | 450 | $0.30 | $135.00 |
| | | TOTAL | **$135.00** |

# MERRILL CORPORATION



# Production Center Services

Job Number:     14253

Client/Matter:   MASIMOL.876L

Date Ordered:   9/28/2013

Requester:      DANNY HERNANDEZ

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| CUSTOM TABS | 16 | $0.30 | $4.80 |
| | | | _____ |
| | | **TOTAL** | **$4.80** |

# MERRILL CORPORATION



# Production Center Services

Job Number:     14251

Client/Matter:   MASIMOL.876L

Date Ordered:   9/28/2013

Requester:      DANNY HERNANDEZ

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| CUSTOM TABS | 16 | $0.30 | $4.80 |
| | | **TOTAL** | **$4.80** |

# MERRILL CORPORATION



# Production Center Services

Job Number:     14252

Client/Matter:   MASIMOL.876L

Date Ordered:  9/28/2013

Requester:      LINDA RIVERA

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W PRINTS | 1101 | $0.08 | $88.08 |
| 1.5" BLACK D-RING CLEARVIEW BINDERS | 3 | $9.00 | $27.00 |
| CUSTOM TABS | 36 | $0.30 | $10.80 |
| | | **TOTAL** | **$125.88** |

# MERRILL CORPORATION



# Production Center Services

Job Number:    14256

Client/Matter:  MASIMOL.876L

Date Ordered:  9/28/2013

Requester:    LINDA RIVERA

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W PRINTS | 2331 | $0.08 | $186.48 |
| | | | _____ |
| | | **TOTAL** | **$186.48** |

# MERRILL CORPORATION



# Production Center Services

Job Number:     14255

Client/Matter:   MASIMOL.876L

Date Ordered:  9/28/2013

Requester:      MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|-------------|----------|-----------|-------|
| B/W PRINTS | 447 | $0.08 | $35.76 |
| 2" BLACK D-RING CLEARVIEW BINDER | 1 | $10.00 | $10.00 |
| CUSTOM TABS | 7 | $0.30 | $2.10 |
| | | **TOTAL** | **$47.86** |



# Production Center Services

Job Number: 14254

Client/Matter: MASIMOL.876L

Date Ordered: 9/28/2013

Requester: MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B/W PRINTS | 704 | $0.08 | $56.32 |
| 2.5" BLACK D-RING CLEARVIEW BINDER | 1 | $13.00 | $13.00 |
| CUSTOM TABS | 12 | $0.30 | $3.60 |
| | | **TOTAL** | **$72.92** |


# Production Center Services

Job Number:    14246

Client/Matter:  MASIMOL.876L

Date Ordered:  9/29/2013

Requester:    MICHAEL LEE

| DESCRIPTION | QUANTITY | UNIT COST | TOTAL |
|---|---|---|---|
| B&W PRINTS | 1440 | $0.08 | $115.20 |
| COLOR PRINTS | 164 | $0.50 | $82.00 |
| CUSTOM TABS | 228 | $0.30 | $68.40 |
| INDEX TABS | 11 | $0.20 | $2.20 |
| | | **TOTAL** | **$267.80** |



PO Box 712142
Los Angeles, CA 90071
(888) 722-6878

| Invoice Number |
|---|
| 121707 |
| Invoice Date |
| 9/30/2013 |

**References**    **NASIMOL.8760**

**On Demand**

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 9/24/2013 11:15 AM Exclusive-Legal | 4421909 | Knobbe, Martens-Irvine 2040 Main St Fl 14 | Judge Cormac Carney 411 W 4th St Courtroom 9b | NASIMOL.8760 |
| | Jilian | Irvine CA 92614-7216 | Santa Ana CA 92701-4500 | |

| | | |
|---|---|---|
| Exclusive-Legal | | $26.33 |
| Waiting Time | 25 | $20.00 |
| Parking | 1 | $0.75 |
| Fuel Surcharge | 1 | $3.95 |

**POD:**    Judge Carney Box

| | |
|---|---|
| **Order Total:** | **$51.03** |

**On Demand Totals:**    **$51.03**

**References - NASIMOL.8760 Total:**    **$51.03**

We appreciate your business!



PO Box 712142
Los Angeles, CA 90071
(888) 722-6878

| | | Invoice Number |
|---|---|---|
| | | 121707 |
| | | Invoice Date |
| | | 9/30/2013 |

**References**      **MASINOL-8760**

**On Demand**

| Date Ready<br>Order Type | Order ID<br>Caller | Origin | Destination | References<br>Billing Group |
|---|---|---|---|---|
| 9/17/2013 10:30 AM | 4415233 | Knobbe, Martens-Irvine | Usdc-santa Ana | masinol-8760 |
| Special Pick Up BEFORE 1p | | 2040 Main St Fl 14 | 411 W 4th St | |
| | Jillian Rice | Irvine CA 92614-7216 | Santa Ana CA 92701-4500 | |

|  |  |  |  |
|---|---|---|---|
| | Special Pick Up BEFORE 1pm - File | | $25.85 |
| | Same Day | | |
| | Fuel Surcharge | 1 | $3.88 |
| **POD:** Dropped In Box | **Order Total:** | | **$29.73** |

**On Demand Totals:**      **$29.73**

**References - MASINOL-8760 Total:**      **$29.73**

We appreciate your business!



PO Box 712142
Los Angeles, CA 90071
(888) 722-6878

| | | | | Invoice Number |
|---|---|---|---|---|
| | | | | 121707 |
| | | | | Invoice Date |
| | | | | 9/30/2013 |

**References**       **MASIMOL8760**

**On Demand**

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 9/25/2013 9:00 AM Rush-Legal | 4422912 | Knobbe, Martens-Irvine 2040 Main St Fl 14 | Judge Cormac Carney 411 W 4th St Courtroom 9b | masimol8760 |
| | Jillian Rice | Irvine CA 92614-7216 | Santa Ana CA 92701-4500 | |

|  | | | Rush-Legal | | $14.85 |
|---|---|---|---|---|---|
|  | | | Fuel Surcharge | 1 | $2.23 |
| **POD:** | Delivered To Judge Cormac Carney Drop Box | | **Order Total:** | | **$17.08** |

**On Demand Totals:**      **$17.08**

**References - MASIMOL8760 Total:**      **$17.08**

We appreciate your business!